Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant
The Prudential Insurance Company
of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ROBERT BERNACCHIA, as guardian of ANNA           CA No.: 08 CV 5535
AMANDA BERNACCHIA,                               (CLB)(GAY)
                        Plaintiff,

        - against -                              STIPULATION


AETNA,

                        Defendant.
------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned attorneys, that the time for Defendant Aetna to answer, move or otherwise respond to Plaintiff's Complaint in the captioned action is extended to and including August 15, 2008.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and a facsimile copy of the same shall be deemed an original for all purposes.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Jul 22 08 03:42p    David L. Trueman                    866-213-5122         p.3
Jul. 21. 2008  4:24PM   d'Arcambal, Levine & Ousley LLP        No. 4237   P. 3/3

Dated: July 22, 2008
Mineola, New York

**LAW OFFICES OF DAVID L. TRUEMAN, P.C.**

By: */s/ David L. Trueman/*
David L. Trueman, Esq.

221 Mineola Boulevard
Mineola, New York 11501
(516) 742-1460

Attorneys for Plaintiff
Robert Bernacchia

Dated: June 23, 2008
New York, New York

**d'ARCAMBAL LEVINE & OUSLEY, LLP**

By: */s/ Michelle d'Arcambal/* (JCO)
Michelle d'Arcambal, Esq.

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant
Aetna

SO ORDERED

DATED: 7/28/08

Received Time Jul. 22. 2008  3:38PM No. 4246