
*Seibel, J.*

Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant
The Prudential Insurance Company
of America

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————X

ROBERT BERNACCHIA, as guardian of ANNA
AMANDA BERNACCHIA,

      Plaintiff,

  - against –

AETNA,

      Defendant.
————————————————————X

CA No.: 08 CV 5535
(~~CLB~~)(GAY) (CS)

**STIPULATION** & ORDER EXTENDING TIME

  **IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned attorneys, that the time for Defendant Aetna to answer, move or otherwise respond to Plaintiff's Complaint in the captioned action is extended to and including September 15, 2008.

  **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and a facsimile copy of the same shall be deemed an original for all purposes.

| | |
|---|---|
| Dated: August 15, 2008<br>Mineola, New York | Dated: August 15, 2008<br>New York, New York |
| **LAW OFFICES OF DAVID L.<br>TRUEMAN, P.C.** | **d'ARCAMBAL LEVINE &<br>OUSLEY, LLP** |
| By: _David L. Trueman_<br>David L. Trueman, Esq. | By: _/s/_<br>Michelle d'Arcambal, Esq. |
| 221 Mineola Boulevard<br>Mineola, New York 11501<br>(516) 742-1460 | 40 Fulton Street, Suite 1005<br>New York, New York 10038<br>(212) 971-3175<br>(212) 971-3176 (Facsimile) |
| Attorneys for Plaintiff<br>Robert Bernacchia | Attorneys for Defendant<br>Aetna |

So ORDERED

DATED: 8/20/08

_Cathy Seibel_
~~SO ORDERED~~ U.S.D.J.

2